# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| THE PENN TRAFFIC COMPANY, | § | Case No. 09-14078 (PJW) |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| SUNRISE PROPERTIES, INC., | § | Case No. 09-14079 (PJW) |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| PENNWAY EXPRESS, INC., | § | Case No. 09-14080 (PJW) |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| PENNY CURTISS BAKING COMPANY, INC., | § | Case No. 09-14082 (PJW) |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| BIG M SUPERMARKETS, INC., | § | Case No. 09-14083 (PJW) |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| COMMANDER FOODS INC., | § | Case No. 09-14084 (PJW) |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| P AND C FOOD MARKETS INC. OF VERMONT, | § | Case No. 09-14085 (PJW) |
| Debtor. | § | |

| | | |
|---|---|---|
| In re: | § § | **Chapter 11** |
| **P.T. DEVELOPMENT, LLC,** | § § | **Case No. 09-14086 (PJW)** |
| Debtor. | § § § | |
| In re: | § § | **Chapter 11** |
| **P.T. FAYETTEVILLE/UTICA, LLC,** | § § | **Case No. 09-14087 (PJW)** |
| Debtor. | § § § § | **Re: D.I. 2** |

## ORDER PURSUANT TO, FED. R. BANKR. P. 1015(b), 11 U.S.C. § 101(2), AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to Bankruptcy Code section 105, Bankruptcy Rule 1015(b) and Local Rule 1015-1, (i) directing the joint administration of the Debtors' related chapter 11 cases (the "chapter 11 cases") and (ii) granting related relief; and upon the Declaration of Ronald F. Stengel in Support of First Day Relief; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

N-28387

2

2. The chapter 11 cases are consolidated pursuant to Bankruptcy Rule 1015(b), Local Rule 1015-1, and Bankruptcy Code section 101(2), for procedural purposes only and shall be jointly administered by this Court under Case No. 09-14078 (PJW).

3. The consolidated caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| THE PENN TRAFFIC COMPANY, *ET AL.* [*] | § | **Case No. 09-14078 (PJW)** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

4. An entry shall be made on the docket of each of the chapter 11 cases, other than the docket maintained for the chapter 11 case of Debtor The Penn Traffic Company, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 Cases of The Penn Traffic Company, Sunrise Properties, Inc., Pennway Express, Inc., Penny Curtiss Baking Company, Inc., Big M Supermarkets, Inc., Commander Foods Inc., P and C Food Markets Inc. of Vermont, P.T. Development, LLC, and P.T. Fayetteville/Utica, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-14078.

5. One consolidated docket, one file and one consolidated service list shall be maintained for the chapter 11 cases and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

---

[*] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: The Penn Traffic Company (6800), Sunrise Properties, Inc. (4868), Pennway Express, Inc. (0863), Penny Curtiss Baking Company, Inc. (6750), Big M Supermarkets, Inc. (8022), Commander Foods Inc. (8023), P and C Food Markets Inc. of Vermont (5531), P.T. Development, LLC (8594), and P.T. Fayetteville/Utica, LLC (8582). The mailing address for all Debtors is: P.O. Box 4737, Syracuse, NY 13221-4737

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the chapter 11 cases.

7. The Debtors are authorized to take all actions necessary to implement this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: Nov. 19, 2009
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE