# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE PENN TRAFFIC COMPANY, *et al.,*[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 09-14078 (PJW)<br>: (Jointly Administered)<br>:<br>: **Hearing Date: January 20, 2010 @ 9:30 a.m.**<br>: **Objections Due: January 13, 2010 @ 4:00 p.m.** |

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on December 28, 2009, the Official Committee of Unsecured Creditors (the "Committee") of Penn Traffic Company, *et al.* (the "Debtors") filed the attached *Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 328 and 1103 of the Bankruptcy Code Authorizing the Retention of FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc to December 2, 2009* (the "Application"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed co-counsel for the Committee on or before **January 13, 2010 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Application shall be considered at the omnibus hearing scheduled in the above-captioned cases for **January 20, 2019 @ 9:30 a.m. Eastern Time)** before the Honorable Peter J. Walsh, 824 Market Street, 6th Floor, Courtroom 2,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: The Penn Traffic Company (6800), Sunrise Properties, Inc. (4868), Pennway Express, Inc. (0863), Penny Curtiss Baking Company, Inc. (6750), Big M Supermarkets, Inc. (8022), Commander Foods Inc. (8023), P and C Food Markets Inc. of Vermont (5531), P.T. Development, LLC (8594), and P.T. Fayetteville/Utica, LLC (8582). The mailing address for all Debtors is: P.O. Box 4737, Syracuse, NY 13221-4737.

Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: December 28, 2009 | STEVENS & LEE, P.C. |
| | |
| | */s/ Joseph H. Huston, Jr.* |
| | Joseph H. Huston, Jr. (No. 4035) |
| | Maria Aprile Sawczuk (No. 3320) |
| | 1105 North Market Street, Suite 700 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 425-3310; -3306 |
| | Telecopier: (610) 371-7972 |
| | E-mail: jhh/masa@stevenslee.com |
| | |
| | *Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |