# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| THE PENN TRAFFIC COMPANY, et al.,[1] ) | Case No. 09-14078 (PJW) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

### AFFIDAVIT IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS NUNC PRO TUNC TO DECEMBER 2, 2009

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

I, Steven Simms, being duly sworn, hereby deposes and says:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI"), an international consulting and financial advisory services firm with numerous offices throughout the world. I submit this Affidavit on behalf of FTI (the "Affidavit") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") to The Penn Traffic Company, et al., the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: The Penn Traffic Company (6800), Sunrise Properties, Inc. (4868), Pennway Express, Inc. (0863), Penny Curtiss Baking Company, Inc. (6750), Big M Supermarkets, Inc. (8022), Commander Foods Inc. (8023), P and C Food Markets Inc. of Vermont (5531), P.T. Development, LLC (8594), and P.T. Fayetteville/Utica, LLC (8582). The mailing address for all Debtors is: P.O. Box 4737, Syracuse, NY 13221-4737.

retention of FTI as financial advisors under the terms and conditions set forth in the Application. Except as otherwise noted[2], I have personal knowledge of the matters set forth herein.

### Disinterestedness and Eligibility

2. In connection with the preparation of this Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to this Affidavit. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A summary of such relationships that FTI identified during this process is set forth on Exhibit B to this Affidavit.

3. Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or engineering and scientific investigation consulting services. To the best of my knowledge, no services have been provided to these parties in interest which are adverse to the rights of the Committee, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4. Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory

---

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently and will likely in the future, be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Committee in matters upon which FTI is to be employed, and none are in connection with these cases.

5. FTI is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

6. FTI has not reviewed the relationship that the members of the FTI engagement team may have against a comprehensive list of employees within the U.S. Trustee's office in this District, but will do so upon being provided with a list of such persons by the office of the U.S. Trustee.

7. As such, to the best of my knowledge, except otherwise discussed herein, FTI does not represent any other entity having an interest adverse to the Committee in connection with these cases, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

8. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

## Professional Compensation

Subject to Court approval and in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, FTI will seek payment for compensation on an hourly basis, according to FTI's customary hourly rates. The rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to the Debtors' cases are as follows[3]:

| | |
|---|---|
| Senior Managing Directors............................ | $710-825 |
| Directors / Managing Directors...................... | $520-685 |
| Consultants / Senior Consultants.................... | $255-480 |
| Administrative / Paraprofessionals.................. | $105-210 |

FTI will seek reimbursement of actual and necessary expenses incurred by FTI. Actual and necessary expenses would include any reasonable legal fees incurred for FTI's defense of its retention application and fee applications submitted in this matter, subject to Court approval.

9. To the best of my knowledge, a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

---

[3] FTI will disclose the new billing rates after any such periodic adjustment, which customarily occurs in January of each year.

Dated this 23rd day of December 2009.    _____
                                          Steven Simms

SUBSCRIBED AND SWORN TO BEFORE ME this 23rd day of December 2009.


_____
Notary Public

My Commission Expires:

KARIN JACOBSON
Notary Public, State of New York
No. 31-4900115
Qualified in New York County
Commission Expires Oct. 19, 20 13

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

**Debtors**
The Penn Traffic Company
Big M Supermarkets, Inc.
Commander Foods Inc.
P and C Food Markets Inc. of Vermont
P&C Foods
P.T. Development LLC
P.T. Fayetteville/Utica, LLC
Pennway Express, Inc.
Penny Curtiss Baking Company, Inc.
Sunrise Properties, Inc.

**Tradenames & DBA's**
Big M Supermarkets
Bi-Lo Foods
Bi-Lo Supermarkets
P&C Foods
Penny Curtis Baking Company
Quality Markets
Riverside
Riverside Markets

**Debtors' Financial Advisors**
Conway Del Genio & Gries & Co. LLC
M. Benjamin Jones
Michael F. Gries
Robert A. Del Genio
Robert P. Conway
Ronald F. Stengel

**Shareholders Holding 5% or More of Equity**
Bay Harbour Management
King Street Capital Management LP
Pension Benefit Guaranty Corporation
Soundpost Partners LP

**Directors and Executive Officers**
Alan C. Levitan
Ben Evans
Christine McMahon
Daniel J. Mahoney
Gregory J. Young
John E. Burke
Kenneth V. Thompson
Kevin P. Collins
Kurt M. Cellar
Lynn A. Leitzel
Myles da Cunha
Robert J. Kelly
Scott Sozio

**Affiliates of Directors**
Eagle Food Centers Inc
International Food Marketing Corporation
Nestle USA
The Old Hill Company LLC

**Former Officers**
David Adamsen
John MacIntyre
Ted Nestor

**Debtors' Attorneys**
Fulbright & Jaworski LLP
Haynes & Boone LLP
Morris, Nichols, Arsht & Tunell LLP

**Secured Creditors**
Bank of America NA
GE Corporate Lending
General Electric Capital Corp
Gordon Brothers
Kimco Capital Corp.
The CIT Group/Business Credit
Wells Fargo Retail Credit
(f.k.a. Wachovia Capital Finance Corp.)

**Largest Unsecured Creditors**
A Cappione Inc.
AIGCS
American Greetings
Amerisource
Bergensons Property Services
Bilo Market #707 Rx
Cape Cod Potato Chip Co.
Coca Cola Bottling Co
Coca Cola Bottling Co of Egl

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Coca Cola Bottling of Buffalo
Dean Dairy Products Company
Dean Dairy Products Company Sharpsville
Deli Boy Provisions Co
EMC (Energy Management Consultants)
First Energy Solutions, Inc.
Frito-Lay, Inc.
Galliker Dairy Co.
George Weston Bakeries, Inc.
Gourmet Award Foods
Hess Corporation
Hillandale Farms, Inc.
Hometown Coffee Company
Hudson RPM Distributors LLC
Hunter's Truck Sales & Service
Karabus Management, Inc.
Kelloggs Snacks
KPMG LLP
Kraft Pizza Company
Laser Imaging Systems, Inc.
Martin's Famous Pastry Shoppe
Meadow Brook Dairy
Nabisco Brands
New York State Fair
Pepperidge Farms Inc
Pepsi-Cola Company
Perry's Ice Cream
Post Standard
RGIS Inventory Specialist
RJ Reynolds Tobacco
Rubin Brown
Securitas Security Services
Snyder's of Hanover, Inc.
Source Interlink Distribution
Southside Station, Inc.
Stroehmann Bakeries
Syracuse Crunch Hockey Club
Tom's Riverside #775
Topco Associates
Vertis Inc (d.b.a.Vertis Communications)
Waxworks-Video Works
Westvale Plaza Management
Widewaters Group

**Official Creditors' Committee Members**
American Greetings
C&S Wholesale Grocers Inc.
Deli-Boy Inc.
Karabus Management Inc.
National Industrial Portfolio, LLC
New York State Teamsters Conference Pension & Retirement Fund
United Food & Commercial Workers Union

**Official Creditors' Committee Attorneys**
Otterbourg, Steindler, Houston & Rosen, P.C.
Stevens & Lee, P.C.

**Significant Non-Lender Creditors**
C&S Wholesale Grocers, Inc.
International Brotherhood of Teamsters
Topco Associates, Inc.
United Food and Commercial Workers Union

**Landlords**
1085 Market Street LP
ACI Bradford LP
American Equity Associates LP
Associates of Philipsburg LP
Benchmark Union Ferry Associates LP
Benderson-Monroe Associates
Beshara Management
BL-Ogdensburg, LLC
BL-Watertown, LLC
Border Oil & Gas Co, Inc.
C&S Wholesale Grocers, Inc.
CB Richard Ellis
Centro NP Cayuga Plaza LLC
Centurion Properties, Inc.
Chase Realty, LLC
Cooperstown Commons Assoc.
Cornell University
D&F Station, Inc.
David 26 LLC
DB Real Estate of Manlius
East End Plaza, LP
Empire Management
Equity Industrial PT Limited Partnership
FBBT/US Properties, LLC

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

FCA, Inc.
First & Adams, Inc.
Fleming Companies, Inc.
G&A Group, Inc.
Giant Food
Gibraltar Management Co., Inc.
Glenwood Co. of Macedon, LLC
Greater Auburn Land Company
H.L. Libby
Herald H. Ford
Hollis C. peck ham
Homer Avenue Plaza, LLC
Hornell Associates, LLC
J&D Acquisition, LLC
J. Sirianno Holdings LLC
K&B Development of Canton, Inc.
Kathleen E. Moss
Keuka Properties, Inc.
Kimbrook Route 31, LLC
Levin Properties
Lincoln Center North LLC
Lone Star Equities Inc
M&T Bank
M&T Bank; Martha Snyder Trust
Marwalt Corporation
Midcourt Builders Corp
New Plant East, LLC
North Atlantic Development, Inc.
Parente Family Partnership
Portage Land Corp
Postdam Associates
River Mall Station Inc
Robert A. Groff, Sr. Family Trust
Robert S. Libby
Robert S. Moss
Roger H. Ford
Ronald Benderson 1995 Trust

Salt City Development Co, LLC
Seaway Acquisition Company, LLC
Shop City PW/LB Associates, LLC
SouthPoint Realty Group, LLC
Southside Station Inc.
St. Albans Shopping center, Inc.
Syracuse Windsor, LLC
The Peter Family Irrevocable Trust
TOPS Holdings, LLC
Tops Markets, LLC
US Management Co. LLC
Warren Associates
Westvale Plaza
Westwood Zamias LP
Widewaters Lakewood Village Center
William L. Ford

**Other Significant Parties-in-Interest (as known)**
1903 Offshore Funding, LLC
1903 Offshore Loans SPV Limited, LLC
American Enterprise Life Insurance Company
Anis Obeid, M.D.
Bayview Loan Servicing, LLC
GB Merchant Partners, LLC
Jubilee Limited Partnership V
Jubilee-VI, LLC
National Industrial Portfolio Borrower, LLC
New Plan Realty Trust
New York State Teamsters Conference Pension and Retirement Fund
New York State Teamsters Council Health and Hospital Fund
Paul Hastings
Riemer & Braunstein
Schottenstein Stores Corp.
Teamsters Local Union No. 317
Verle & Dorothy Eighmey
Wells Fargo Retail Finance, LLC

# EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

None

**Relationships in Unrelated Matters**

**Debtors**
The Penn Traffic Company

**Tradenames & DBA's**
Bi-Lo Foods

**Shareholders Holding 5% or More of Equity**
King Street Capital Management LP

**Affiliates of Directors**
Nestle USA

**Debtors' Financial Advisors**
Conway Del Genio & Gries & Co. LLC

**Debtors' Attorneys**
Fulbright & Jaworski LLP
Haynes & Boone LLP
Morris, Nichols, Arsht & Tunell LLP

**Secured Creditors**
Bank of America NA
GE Corporate Lending
General Electric Capital Corp
Gordon Brothers
Kimco Capital Corp.
The CIT Group/Business Credit
Wells Fargo Retail Credit (f.k.a. Wachovia Capital Finance Corp.)

**Largest Unsecured Creditors**
American Greetings
Amerisource
Coca Cola Bottling Co
Frito-Lay, Inc.
Kelloggs Snacks
Kraft Pizza Company
Nabisco Brands
Pepsi-Cola Company

RJ Reynolds Tobacco
Securitas Security Services
Vertis Inc (d.b.a. Vertis Communications)

**Official Creditors' Committee Members**
American Greetings
United Food & Commercial Workers Union
C&S Wholesale Grocers, Inc.

**Official Creditors' Committee Attorneys**
Otterbourg, Steindler, Houston & Rosen, P.C.
Stevens & Lee, P.C.

**Landlords**
C&S Wholesale Grocers, Inc.
CB Richard Ellis
Cornell University

**Other Significant Parties-in-Interest (as known)**
Paul Hastings
Wells Fargo Retail Finance, LLC