# CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that on this 28th day of December, 2009, I caused true copies of the *Application of Official Committee of Unsecured Creditors pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 328 and 1103 of the Bankruptcy Code Authorizing the Retention of FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc to December 2, 2009* to be served upon all parties in interest through the Court's CM/ECF system, and additionally upon the parties set forth on the attached service list via first class United States mail, postage prepaid.

                                                  */s/ Joseph H. Huston, Jr.*
                                                  Joseph H. Huston, Jr.

Service List

| | |
|---|---|
| BALLARD SPAHR, LLP<br>ATTN: DAVID POLLACK, ESQ.<br>51ST FLOOR - MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA, PA  19103 | BALLARD SPAHR, LLP<br>ATTN: JEFFREY MEYERS, ESQ.<br>51ST FLOOR - MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA, PA  19103 |
| BALLARD SPAHR, LLP<br>ATTN: TOBI M. DALUZ, ESQ.<br>919 MARKET STREET<br>12TH FLOOR<br>WILMINGTON, DE  19801 | BALLARD SPAHR, LLP<br>ATTN: LESLIE HEILMAN, ESQ.<br>919 MARKET STREET<br>12TH FLOOR<br>WILMINGTON, DE  19801 |
| BALLARD SPAHR, LLP<br>ATTN: JOSHUA ZUGERMAN, ESQ.<br>919 MARKET STREET<br>12TH FLOOR<br>WILMINGTON, DE  19801 | BAYARD, P.A.<br>CHARLENE D. DAVIS<br>222 DELAWARE AVENUE<br>SUITE 900<br>WILMINGTON, DE  19801 |
| BAYARD, P.A.<br>DANIEL A. O'BRIEN<br>222 DELAWARE AVENUE<br>SUITE 900<br>WILMINGTON, DE  19801 | BLITMAN & KING LLP<br>DONALD D. OLIVER<br>FRANKLIN CENTER, SUITE 300<br>443 NORTH FRANKLIN STREET<br>SYRACUSE, NY  13204 |
| CENTRALIZED INSOLVENCY OPERATION<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA  19114-0326 | COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ.<br>THE BRANDYWINE BUILDINIG<br>1000 WEST STREET, 10TH FLOOR<br>P.O. BOX 1680<br>WILMINGTON, DE  19899 |
| CRAIG AND MACAULEY<br>WILLIAM R. MOORMAN, JR. ESQ.<br>FEDERAL RESERVE PLAZA<br>600 ATLANTIC AVENUE<br>BOSTON, MA  02210 | FRANK/GECKER LLP<br>ATTN: JOSEPH D. FRANK<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL  60654 |
| FRANK/GECKER LLP<br>JEREMY C. KLEINMAN<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL  60654 | GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN: THE PENN TRAFFIC CO. ACCT. MGR.<br>201 MERRIT 7, 3RD FLOOR<br>P.O. BOX 5201<br>NORWALK, CT  06856 |

| | |
|---|---|
| GETNICK LIVINGSTON ET AL.<br>PATRICK G. RADEL, ESQ.<br>258 GENESEE STREET<br>SUITE 401<br>UTICA, NY  13502 | GREENBURG TRAURIG, LLP<br>DONALD J. DETWEILER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST., STE 1200<br>WILMINGTON, DE  19801 |
| GREENBURG TRAURIG, LLP<br>JEFFREY M. WOLF<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA  02110 | HARTER SECREST & EMERY LLP<br>RAYMOND L. FINK, ESQ.<br>TWELVE FOUNTAIN PLAZA<br>SUITE 400<br>BUFFALO, NY  14202-2293 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>101 PARK AVENUE<br>NEW YORK, NY  10178 | KELLEY DRYE & WARREN LLP<br>JAMES E. FARRAH<br>101 PARK AVENUE<br>NEW YORK, NY  10178 |
| KIMCO CAPITAL CORP.<br>ATTN: JOSEPH STEVENS<br>3333 NEW HYDE PARK RD.<br>NEW HYDE PARK, NY  11042 | KRAFT FOOD INC.<br>ATTN: ARTHUR ISAACSON<br>THREE LAKES DRIVE<br>MAILSTATION NF463<br>NORTHFIELD, IL  60093 |
| LANDIS RATH & COBB LLP<br>RICHARD S. COBB<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON, DE  19801 | LANDIS RATH & COBB LLP<br>KERRI K. MUMFORD<br>919 MARKET STREET<br>SUITE 1800<br>WIL, DE  19801 |
| LANDIS RATH & COBB LLP<br>JAMES S. GREEN, JR.<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON, DE  19801 | LANDIS RATH & COBB LLP<br>KIMBERLY A. BROWN<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON, DE  19801 |
| LAW FIRM OF RUSSELL R. JOHNSON III, PLC<br>RUSSELL R. JOHNSON III, ESQ.<br>2258 WHEATLAND DRIVE<br>MANAKIN-SABOT, VA  23103 | MENTER, RUDIN & TRIVELPIECE, PC<br>KEVIN M. NEWMAN, ESQ.<br>308 MALTBIE STREET<br>SUITE 200<br>SYRACUSE, NY  13204-1498 |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN: NEIL HERMAN<br>101 PARK AVENUE<br>NEW YORK, NY  10178 | MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>500 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON, DE  19801 |

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER, ESQ<br>844 KING STREET<br>SUITE 207, LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OTTERBOURG, STEINDLER, ET AL.<br>SCOTT L. HAZAN<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 |
| OTTERBOURG, STEINDLER, ET AL.<br>GLENN B. RICE<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 | OTTERBOURG, STEINDLER, ET AL.<br>JENETTE A. BARROW-BOSSHART<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 |
| OTTERBOURG, STEINDLER, ET AL.<br>JESSICA M. WARD<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 | PARAVATI KARL GREEN & DEBELLA<br>VINCENT M. DEBELLA, ESQ.<br>12 STEUBEN PARK<br>UTICA, NY 13501 |
| PAUL HASTING JANOFSKY ET AL.<br>JESSE H. AUSTIN, III<br>600 PEACHTREE STREET, NE<br>TWENTY-FOURTH FLOOR<br>ATLANTA, GA 30308 | PAUL HASTINGS JANOFSKY & WALKER LLP<br>ATTN: LESLIE A. PLASKON, ESQ.<br>PARK AVENUE TOWER<br>75 EAST 55TH STREET, 1ST FLOOR<br>NEW YORK, NY 10022 |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br>CASSIE COPPAGE<br>600 PEACHTREE STREET, NE<br>TWENTY-FOURTH FLOOR<br>ATLANTA, GA 30308 | YOUNG CONAWAY STARGATT & TAYLOR<br>JOSEPH M. BARRY<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 |
| PENSION BENEFIT GUARANTY CORP.<br>DEBORAH J. BISCO<br>OFFICE OF CHIEF COUNSEL<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 | RICHARDS LAYTON & FINGER, P.A.<br>MARK D. COLLINS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| RICHARDS LAYTON & FINGER, P.A.<br>DREW G. SLOAN<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | SEBALY SHILLITO & DYER<br>ROBERT G. HANSEMAN<br>40 N. MAIN STREET<br>1900 KETTERING TOWER<br>DAYTON, OH 45423 |
| SEC NY REGIONAL OFFICE<br>ALISTAR BAMBACH<br>BANKRUPTCY DIVISION<br>3 WORLD FINANCIAL CENTER<br>STE. 400<br>NEW YORK, NY 10281-1022 | SEC NY REGIONAL OFFICE<br>ATTN: NATHAN FUCHS<br>233 BROADWAY<br>NEW YORK, NY 10279 |

| | |
|---|---|
| SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 7040<br>DOVER, DE 19903 | SECRETARY OF TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION<br>100 F STREET<br>WASHINGTON, DC 20549 | SPENCE, CUSTER, SAYLOR, ET AL.<br>JAMES R. WALSH<br>400 AMERISERV FINANCIAL BLDG.<br>216 FRANKLIN STREET<br>JOHNSTOWN, PA 15907-0280 |
| SPENCE, CUSTER, SAYLOR, ET AL.<br>ROGER P. POORMAN<br>400 AMERISERV FINANCIAL BLDG.<br>216 FRANKLIN STREET<br>JOHNSTOWN, PA 15907-0280 | SULLIVAN HAZELTINE ALLINSON LLC<br>WILLIAM D. SULLIVAN, ESQ.<br>4 EAST 8TH STREET<br>SUITE 400<br>WILMINGTON, DE 19801 |
| US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON, DE 19801 | WINSTON & STRAWN LLP<br>DAVID NEIER<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |

SL1 970030v1/105308.00018