# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

January 4, 2010

Eric D. Schwartz
Gregory W. Werkheiser
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Counsel for the Debtors and Debtors in Possession

**Re:  The Penn Traffic Company, et al.
      Case No. 09-14078**

Dear Counsel:

Enclosed is a copy of a self-explanatory December 10, 2009 letter from a David M. Stanton (Doc. # 201). Please have someone look into this matter and respond to Mr. Stanton in writing, with a copy of the written response being docketed in the case.

Very truly yours,

Peter J. Walsh

PJW:ipm

Enc.

cc: David M. Stanton (w/o enclosure)