# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE PENN TRAFFIC COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14078 (PJW)<br>(Jointly Administered)<br><br>Hearing Date: **January 25, 2010 @ 11:30 a.m.**<br>Objections Due: **January 19, 2010 @ 4:00 p.m.** |

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on January 7, 2010, the Official Committee of Unsecured Creditors (the "Committee") of Penn Traffic Company, *et al.* (the "Debtors") filed the attached *Application For An Order Pursuant To, Inter Alia, 11 U.S.C. §§ 328(a) And 1103(a) Of The Bankruptcy Code Authorizing Employment And Retention Of Abacus Advisors Group LLC Effective As Of December 15, 2009, As Business Consultants/Sale Advisors To The Official Committee Of Unsecured Creditors, With A Request For A Waiver Under Local Rule 2016-2(g)* (the "Application"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed co-counsel for the Committee on or before **January 19, 2010 at 4:00 p.m. (Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: The Penn Traffic Company (6800), Sunrise Properties, Inc. (4868), Pennway Express, Inc. (0863), Penny Curtiss Baking Company, Inc. (6750), Big M Supermarkets, Inc. (8022), Commander Foods Inc. (8023), P and C Food Markets Inc. of Vermont (5531), P.T. Development, LLC (8594), and P.T. Fayetteville/Utica, LLC (8582). The mailing address for all Debtors is: P.O. Box 4737, Syracuse, NY 13221-4737.

SL1 971558v1/105308.00018

PLEASE TAKE FURTHER NOTICE that the Application shall be considered at the hearing scheduled in the above-captioned cases for **January 25, 2010 at 11:30 a.m. Eastern Time)** before the Honorable Peter J. Walsh, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 7, 2010

STEVENS & LEE, P.C.

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
Maria Aprile Sawczuk (No. 3320)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310; -3306
Telecopier: (610) 371-7972
E-mail: jhh/masa@stevenslee.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*