

**VERNON "SAM" BURNS**
**ST. LAWRENCE COUNTY LEGISLATOR**
**DISTRICT 1**

FILED
2010 JAN 11 AM 11: 50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 5, 2010

Hon. Peter J. Walsh
U.S. Bankruptcy Court/District of Delaware
824 Market Street
6th Floor/Courtroom # 2
Wilmington, Delaware 19801

Dear Judge Walsh,

I write this letter to you as a former P&C employee, now retired and drawing a pension from UFCW Local 1 and as an elected county representative of a large number of workers that are employed at the Ogdensburg P&C store. First, I want to thank you for extending the deadline for bids for the existing P&C stores.

But most importantly, I would like to urge you to reject Price Chopper's bid of $54 million for 22 P&C stores. Due to the fact that there is a Price Chopper store in Ogdensburg already, the existing P&C store would most likely close and only a few of the existing workers would be hired by the local Price Chopper chain. This would not benefit the community as a whole and would cause severe hardship on most of the workers. Ogdensburg and St. Lawrence County ranks as one of the areas with the highest unemployment rates in New York State. Now is not the time to add to the unemployment ranks of our region. We have lost manufacturing jobs, retail jobs, and service jobs in our county and these workers would be faced with leaving the region or state to find comparable employment. We are a region with strong family ties and the loss of so many jobs in our city would create a strain on many such relationships.

Several P&C employees have given so much of their time and talents to civic organizations around Ogdensburg that the ripple effect of closing this store will leave a large gap in our community. I ask that you seriously consider any bid that will keep the Ogdensburg store operating with as many existing employees as possible. Thank you!

Sincerely,

*Sam Burns*

Vernon "Sam" Burns