# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE PENN TRAFFIC COMPANY, *ET AL.*[1] | § | Case No. 09-14078 (PJW) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: D.I.'s 301 and 314 |

## NOTICE OF NON-RECEIPT OF QUALIFIED BIDS AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On January 8, 2010, the above-captioned debtors and debtors-in-possession (collectively the "Debtors") filed the Motion of the Debtors for an Emergency Order Approving a Global Sale Transaction with Tops Markets, LLC and Other Related Relief (the "Motion") [D.I. 301].

2. On January 8, 2010, the United States Bankruptcy Court for the District of Delaware entered an order that, among other things approved the bidding procedures (the "Bid Procedures Oder") [D.I. 314]. Under the Bid Procedures Order, interested parties were invited to submit bids to purchase the Assets on or before 12:00 p.m. (ET) on January 19, 2010 (the "Bid Deadline"), and an Auction[2] for the Assets was scheduled in the event Qualified Bids were received. No Qualified Bids other than the Stalking Horse Agreement were received prior to the Bid Deadline.

**THEREFORE, PLEASE TAKE FURTHER NOTICE THAT THE AUCTION SCHEDULED FOR JANUARY 21, 2010 AT 9:00 A.M. (ET) HAS BEEN CANCELED.** The Debtors intend to seek approval of the Stalking Horse Agreement at the Sale Hearing scheduled for 11:30 a.m. (ET) on January 25, 2010.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: The Penn Traffic Company (6800), Sunrise Properties, Inc. (4868), Pennway Express, Inc. (0863), Penny Curtiss Baking Company, Inc. (6750), Big M Supermarkets, Inc. (8022), Commander Foods Inc. (8023), P and C Food Markets Inc. of Vermont (5531), P.T. Development, LLC (8594), and P.T. Fayetteville/Utica, LLC (8582). The mailing address for all Debtors is: P.O. Box 4737, Syracuse, NY 13221-4737.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

Dated: January 19, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Ann C. Cordo*
Eric D. Schwartz (Del. No. 3134)
Gregory W. Werkheiser (Del. No. 3553)
Ann C. Cordo (Del. No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989
eschwartz@mnat.com
gwerkheiser@mnat.com
acordo@mnat.com

-and-

HAYNES AND BOONE, LLP
Lenard M. Parkins (NY 4579124)
Michael E. Foreman (NY 2043248)
Abigail Ottmers (TX 24037225)
1221 Avenue of the Americas, 26th Floor
New York, NY 10020
Telephone: 212.659.7300
Facsimile: 212.918.8989
lenard.parkins@haynesboone.com
michael.foreman@haynesboone.com
abigail.ottmers@haynesboone.com

***Counsel for the Debtors and Debtors in Possession***