UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| ) | | |
| THE PENN TRAFFIC COMPANY, *et al*. ) | Case No. 09-14078 (PJW) | |
| ) | | |
| Debtors. ) | Jointly Administered | |
| _____) | | |

NOTICE OF WITHDRAWAL OF DOCKET NO. 497

This notice is for a withdrawal of docket number 497 which was filed on February 1, 2010. The document filed was a notice of transfer of claim that is being withdrawn because it was inadvertently filed with the wrong transferor indicated in the docket entry.

Dated: February 2, 2010

Respectfully submitted,

By: _/s/ Allison R. Axenrod_____

Allison Axenrod
Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07648
(201) 266-6988
(201) 266-6985 (fax)