UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| THE PENN TRAFFIC COMPANY, *et al*. | ) | Case No. 09-14078 (PJW) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

NOTICE OF WITHDRAWAL OF DOCKET NO. 474

This notice is for a withdrawal of docket number 474, which was filed on January 26, 2010. The document filed was a notice of transfer of claim that is being withdrawn because the parties have agreed not to transfer said claim.

Dated: February 21, 2010

Respectfully submitted,

By: _/s/ Allison R. Axenrod_____

Allison R. Axenrod
Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626
(201) 266-6988
(201) 266-6985 (fax)