# United States Bankruptcy Court

## District of Delaware

In re:  __The Penn Traffic Company, et al., Jointly Administered,__          Case No.  09-14078

# TRANSFER OF CLAIM OTHER THAN SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Creditor Liquidity, LP                          MCCUE CORPORATION
   Name of Transferee                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known)_____
should be sent:                          Amount of Claim: $3,564.23
                                            Date Claim Filed: _____

200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300                          Phone: _____
Last Four Digits of Acct #:_____          Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ Robert J. Tannor                          Date:  2/22/2010
      Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

**MCCUE CORPORATION** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to the claims of Assignor in the aggregate amount of $1,230.82 as stated in the Proof of Claim and or Debtor's schedules against **The Penn Traffic Company, et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 09-14078** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the ___ day of _____, 2010

By: _____
(Signature of Authorized Party)

McCue Corporation
(Company Name)

Natalie L. Alarcon
(Print name of Authorized Party)

By: _____ /s/ Robert J. Tannor _____
Robert J. Tannor

_____ Creditor Liquidity, LP _____

_____ 914-514-8300 _____
(Telephone Number)