# United States Bankruptcy Court

## District of Delaware

In re: The Penn Traffic Co, Jointly Administered,          Case No.  09-14078

## TRANSFER OF CLAIM OTHER THAN SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Creditor Liquidity, LP
    Name of Transferee

Name and Address where notices to transferee
should be sent:

200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300
Last Four Digits of Acct #:

Name and Address where transferee payments
Should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Jewell Electric
    Name of Transferor

Court Claim # (if known)
Amount of Claim: $6,655.71
Date Claim Filed:

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor                              Date:  February 22, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.

## Evidence of Transfer

JEWELL ELECTRIC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to the claims of Assignor in the aggregate amount of **$6,655.71** as stated in the Proof of Claim and or Debtor's schedules against **The Penn Traffic Company, et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 09-14078** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 27 day of January, 2010

By: _____
(Signature of Authorized Party)

Jewell Electric, Inc.
(Company Name)

Donald Jewell
(Print name of Authorized Party)

Sworn and subscribed before me this
27 day of January, 2010
Shelly L Evans

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHELLY L. EVANS, Notary Public
Chester Twp., Delaware County
My Commission Expires March 21, 2013

By: _____ /s/ Robert J. Tannor _____
Robert J. Tannor

_____ Creditor Liquidity, LP _____

_____ 914-514-8300 _____
(Telephone Number)