IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE PENN TRAFFIC COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14078 (PJW)<br><br>(Jointly Administered)<br><br>Re: D.I.s 23, 714, 948 |

**SUPPLEMENTAL DECLARATION OF GREGORY W. WERKHEISER IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1, AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE CO-COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, GREGORY W. WERKHEISER, hereby declare under penalty of perjury:

1. I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),[2] which maintains an office for the practice of law at 1201 North Market Street, Suite 1800, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing to practice in the States of Delaware, the United States District Courts for the District of Delaware, and the United States Court of Appeals for the Third Circuit.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: The Penn Traffic Company (6800), Sunrise Properties, Inc. (4868), Pennway Express, Inc. (0863), Penny Curtiss Baking Company, Inc. (6750), Big M Supermarkets, Inc. (8022), Commander Foods Inc. (8023), P and C Food Markets Inc. of Vermont (5531), P.T. Development, LLC (8594), and P.T. Fayetteville/Utica, LLC (8582). The mailing address for all Debtors is: P.O. Box 4737, Syracuse, NY 13221-4737.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. I submit this declaration to supplement my declaration dated November 18, 2009, attached as Exhibit A to the *Application Of Debtors For Entry Of An Order, Pursuant To 11 U.S.C. §§ 327(a) And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1, Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Delaware Co-Counsel For The Debtors, Nunc Pro Tunc To The Petition Date* [D.I. 23] (the "Application"), filed on November 18, 2009.

3. Morris Nichols currently represents Wal-Mart Stores Inc. ("Wal-Mart") in a matter unrelated to these cases. Wal-Mart is a party from whom the Debtors are seeking to obtain third party discovery in the adversary proceeding captioned *The Penn Traffic Company v. Wachs Newark Development, LLC*, Adv. Pro. No. 10-50906.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2010

Gregory W. Werkheiser